**05-15-00074-CR**

ACCEPTED
05-15-00074-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/19/2015 12:00:00 AM
LISA MATZ
CLERK

FILED

CAUSE NO. F12-57938

STATE OF TEXAS

2014 DEC 15 AM 9: 01

IN THE DISTRICT COURT

VS.

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS

7th JUDICIAL DISTRICT

DEPUTY

RAYFORD HIGH

DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/08/2015 9:07:53 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW, Rayford High, the Defendant, and files this his Notice of Appeal.

He appeals the court's denial of his Motion to Suppress heard on August 14, 2014

and October 23, 2014, denied on August 26,2014 and October 23, 2014.    He was

convicted and sentenced on November 20, 2014.  He appeals the above  to the Dallas

Court of Appeals.  Rayford High previously filed this Court's form notice of appeal on

November 20, 2014 although it all with the plea papers have never been scanned

into the District Clerk's system even though they were hand delivered to them.

Respectfully submitted this _15_ day of
December 2014,

*Rayford High*

**RAYFORD HIGH**
2378 Talco Dr.
Dallas, Texas 75241
Phone: (903) 526-7860

*State v. High*
Notice of Appeal
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been delivered on the same day it was filed with the District Clerks office to:

Dallas County District Attorney
Court 7 Workroom
Dallas Criminal Courts Building
Dallas, Texas

by the following means:

| | |
|---|---|
| _____ | By U.S. Postal Service Certified Mail, R.R.R. |
| _____ | By First Class U.S. Mail |
| _____ | By Special Courier _____ |
| __X__ | By Hand Delivery |
| _____ | By Fax before 5 p.m. to numbers above. |
| _____ | By Fax after 5 p.m. |
| _____ | By email. |

Rayford High